cal  kmw

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCELO LONZON, MARC G. LONZON; MARVIN G. LONZON, AND MARLON G. LONZON,<br><br>                        Plaintiffs,<br>v.<br><br>UNITED STATES OF AMERICA,<br><br>                        Defendants. | Civil No. 07cv390 WQH(AJB)<br><br>Order Following Early Neutral Evaluation Conference |

On August 17, 2007, the Court convened an Early Neutral Evaluation Conference in the above entitled action. Appearing for Plaintiff were Andrew S. Albert, Esq., Marc Lonzon, Marvin Lonzon, Marlon Lonzon and Marcello Lonzon. Appearing for Defendant was United States Attorney Steven J. Poliakoff.

Settlement could not be reached in the case at this time. The defense needs time for further analysis on liability and damages to be in a position to discuss settlement in earnest. The parties agreed to return for a further Settlement Conference *November 15, 2007 at 2:00 p.m.* If settlement can not be reached at that time, the case will be scheduled for further litigation. In the interim, parties have shared all available information and will proceed with discovery as necessary to position the case for settlement.

1   Plaintiff is in receipt of unsolicited correspondence from a Navy doctor assigned to the facility
2   involved in the case. The Court finds the information relevant from a discovery standpoint and orders
3   Plaintiff's counsel to provide a copy of the material to the defense. This information is to be provided
4   under this Court's order that it not be disclosed, disseminated or distributed outside of the litigation
5   without further Court order.
6   IT IS SO ORDERED.

8   DATED: August 17, 2007

_____
Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court