1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCELO LONZON, MARC G. LONZON<br>MARVIN G. LONZON, AND<br>MARLON G. LONZON,<br><br>    Plaintiffs<br><br>    v.<br><br>UNITED STATES OF AMERICA<br><br>    Defendant. | Civil No. 07 CV 0390- WQH (AJB)<br><br>ORDER |

FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED THAT:

1. The above-captioned action is dismissed, with prejudice, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure;

2. This dismissal is made pursuant to a separate Stipulation for Compromise Settlement and Release (the "Settlement Agreement") between the parties and their attorneys;

3. This dismissal with prejudice results from a compromise settlement of a disputed claim and does not constitute any admission of liability or fault on the part of the Defendant and its agencies, facilities, agents or employees, in reference to the events alleged in the Complaint or otherwise; and

4. Notwithstanding the entry of a dismissal herein, the parties hereby agree that, pursuant to 28 U.S.C. § 636, United States Magistrate Judge Anthony J. Battaglia shall retain jurisdiction over all disputes between and/or among the parties arising out of the settlement agreement, including but not

/ /

/ /

limited to interpretation and enforcement of the terms of the settlement agreement. <u>Kokkonen v. Guardian Life Ins. Co. of America</u>, 114 S. Ct. 1673, 1677 (1994).

DATED: January 3, 2008

                *William Q. Hayes*
              **WILLIAM Q. HAYES**
              United States District Judge